Slip Op 51443[U], *2 [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2012]), plaintiff was not required to demonstrate that the assignors' nonappearances were willful (see Unitrin, 82 AD3d at 561).

Defendants' argument that plaintiff failed to establish that it had mailed the EUO notices to the assignors' correct addresses is unpreserved (see e.g. Ta-Chotani v Doubleclick, Inc., 276 AD2d 313, 313 [1st Dept 2000]) and unavailing (see American Tr. Ins. Co. v Leon, 112 AD3d 441, 442 [1st Dept 2013]). Similarly, their argument that plaintiff waived the defense of the assignors' nonappearance because plaintiff did not establish that it ever denied defendants' claims is unpreserved (see 276 AD2d at 313). In any event, the argument is unavailing, as defendants' own verified answer alleged that plaintiff had denied their claims.

Defendants failed to show that summary judgment is premature due to outstanding discovery (see Interboro, 113 AD3d at 597).

We modify the court's order solely to make a declaration in plaintiff's favor (see Maurizzio v Lumbermens Mut. Cas. Co., 73 NY2d 951, 954 [1989]; see also QBE Ins. Corp. v Jinx-Proof Inc., 102 AD3d 508, 510 [1st Dept 2013]).

We have considered defendants' remaining arguments and find them unavailing. Concur—Tom, J.P., Friedman, Renwick, Manzanet-Daniels and Kapnick, JJ.

■ In the Matter of VICTOR HERNANDEZ, Petitioner, v NEW YORK CITY DEPARTMENT OF CORRECTIONS et al., Respondents. [998 NYS2d 129]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Tom, J.P., Friedman, Renwick, Manzanet-Daniels and Kapnick, JJ.

■ In the Matter of VICTOR HERNANDEZ, Petitioner, v KIRBY FORENSIC PSYCHIATRIC HOSPITAL et al., Respondents. [998 NYS2d 129]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Tom, J.P., Friedman, Renwick, Manzanet-Daniels and Kapnick, JJ.